# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sean T. O'Grady, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Veterans Administration, Kent Crossley, M.D., Peter Duane, M.D., Mark Rosenberg, M.D., Steven Kleinglass, M.D., Lori Baier, RN-CNP, Donald Wodeck, Esq., Marci Mylan, M.D., <br><br> Defendants. | Civil No. 11-3145 (PJS/AJB) <br><br><br> **ORDER** |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated January 18, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunctive Relief [Docket No. 6] is **DENIED.**

Dated: March 14, 2012          s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge